DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DAVID DARRELL HUBBS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-0248 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~]ORDER |
| v. ) | |
| ) | |
| DAVID DARRELL HUBBS, ) | Date: August 25, 2008 |
| ) | Time: 8:30 a.m. |
| Defendant. ) | Judge: Hon. William B. Shubb |
| ) | |
| _____ ) | |

    It is hereby stipulated between the parties, Assistant United States Attorney Philip Ferrari, and Assistant Federal Defender Caro Marks, attorney for defendant David Darrell Hubbs, as follows:

    The status conference hearing date of August 18, 2008, should be continued for change of plea, until August 25, 2008.

    The parties concur the need for a one-week continuance to allow U.S. Probation to complete its criminal history calculation of the defendant, at the defendant's request. The probation officer doing the

1 criminal history calculation is out of the office until August 18,
2 2008, and this continuance will give her, and the parties time to learn
3 the defendant's criminal history so as to calculate his guidelines
4 sentence.

5     Therefore, IT IS STIPULATED between the parties that the time
6 period between the signing of this Order up to and including August 25,
7 2008, be excluded in computing the time within which trial must
8 commence under the Speedy Trial Act, pursuant to 18 U.S.C. §
9 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of
10 counsel.

12 Dated:  August 11, 2008
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Caro Marks
                                    _____
                                    CARO MARKS
                                    Attorney for Defendant
                                    DAVID DARRELL HUBBS


                                    /s/ Philip Ferrari
                                    _____
                                    PHILIP FERRARI
                                    Assistant United States Attorney





                                **ORDER**

26     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
27 ordered that the August 18, 2008, status conference be continued to
28 August 25, 2008, at 8:30 a.m.  Based on the representation of defense

counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the status conference on August 25, 2008 shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  August 11, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE